IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Dallas Buyers Club, LLC<br>2170 Buckthorne Place, Suite 400<br>The Woodlands, TX 77380, | : | Civil Action 2:14-cv-0382 |
| Plaintiff | : | Judge Frost |
| v. | : | Magistrate Judge Abel |
| Does 1- 30, | : | |
| Defendants | : | |

# ORDER

Plaintiff's *ex parte* motion for leave to take discovery before the Rule 26(f) conference (doc. 4) is GRANTED. The April 30, 2014 Declaration of Daniel Macek establishes good cause to permit discovery before the conference of the parties.

It is ORDERED that Plaintiff Dallas Buyers Club, LLC may serve limited, immediate discovery on the internet service providers ("ISPs") identified in Exhibit 1 to the Macek's April 30, 2014 Declaration and on any later-discovered unknown or intermediary ISPs to obtain the identity of each Doe defendant or other identified alleged infringers by serving a Rule 45 subpoena that seeks documents that identify each Doe defendant, including the name, addresses, telephone numbers, email addresses, and media access control addresses for each alleged infringer. The disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B) where applicable to educational institutions.

IT IS FURTHER ORDERED THAT any information that is disclosed to plaintiff

in response to the Rule 45 subpoenas may be used by plaintiff solely for the purpose of protecting plaintiff's rights under the Copyright Act.

                                                     s/Mark R. Abel
                                                     United States Magistrate Judge