IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Dallas Buyers Club, LLC, | : | |
| Plaintiff | : | Civil Action 2:14-cv-00382 |
| v. | : | Judge Frost |
| Does 1-30, | : | Magistrate Judge Abel |
| Defendant | : | |

## Show Cause Order

Plaintiff has failed to file proof of service of the summons and complaint on

defendants Does 1-30 by December 26, 2014 in accordance with the Court's August 27,

2014 Order.  Plaintiff is ORDERED to SHOW CAUSE within fourteen (14) days of the

date of this Order why defendants should not be dismissed without prejudice pursuant

to Rule 4(m), Fed. R. Civil. P. for failure to obtain service on them.


s/Mark R. Abel_____
United States Magistrate Judge